IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TRACY HERNDON,

      Appellant,

v.

      Case No.  5D23-215
      LT Case No. 16-2022-MO-0109445-AXXX-MA

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 13, 2023

Appeal from the County Court
for Duval County,
Scott Mitchell, Judge.

Charlie Cofer, Public Defender, and
Elizabeth Hogan Webb, Assistant
Public Defender, Jacksonville, for
Appellant.

Ashley Moody, Attorney General,
and Zachary Lawton, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, EISNAUGLE and BOATWRIGHT, JJ., concur.